1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11

KAREN JOHNSTONE, an individual,

12

Plaintiff,

13
14

vs.

15

GEORGE LOHMANN, an individual,

16

Defendant.

No. 2:23-cv-00703-JHC

STIPULATION AND ORDER OF
DISMISSAL

17
18

## STIPULATION

19
20
21
22
23

Plaintiff, Karen Johnstone, and Defendant, George Lohmann, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above captioned lawsuit will be dismissed in their entirety, with prejudice, and without costs and attorneys' fees to any party.

24

Dated this 23rd day of August, 2024.

25

//

26

//

**STIPULATION AND ORDER OF DISMISSAL**
Page 1

1

2  By: *s/Jeremiah S. Surface*                    By: *s/Amanda E. Vedrich*
     Michael T. Pfau, WSBA 24649                 Amanda E. Vedrich, WSBA 28701
3    Steven T. Reich, WSBA 24708
     Jeremiah S. Surface, WSBA 55397           CAREY & VEDRICH
4                                               7016 – 35th Ave NE
   PFAU COCHRAN VERTETIS AMALA PLLC           Seattle, WA 98115
5  701 Fifth Avenue, Suite 4300                Tel: (206) 522-7633
   Seattle, WA 98104                           Email: amanda@careyvedrich.com
6  Tel: (206) 451-8260
   Email: michael@pcvalaw.com
7          sreich@pcvalaw.com                   ***Attorneys for Defendant***
           jsurface@pcvalaw.com
8

9    ***Attorneys for Plaintiff***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL**
Page 2

ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff Johnstone and Defendant Lohmann, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorneys' fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiff Johnstone's claims against Defendant Lohmann are hereby dismissed with prejudice and without costs and attorneys' fees to any party.

DATED this 23rd day of August, 2024.

John H. Chun
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL**
Page 3